IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANITA K. MCFARLAND, Individually, and as an officer, director, shareholder and/or principal of Bugeater Investments, Inc.; BRYAN A. MCFARLAND, Individually, and as an officer, director, shareholder and or principal of Bugeater Investments. Inc; and BUGEATER INVESTMENTS, INC., Individually, and as an officer, director, shareholder, and/or principal d/b/a The Watering Hole;<br><br>　　　　　Defendants. | 4:12CV3198<br><br>ORDER |

　　This matter is before the court on its own motion.  The court file discloses that the complaint in this case was filed on September 19, 2012.  There has been no filing indicating that service of process on the defendant has been accomplished.

　　IT IS THEREFORE IS HEREBY ORDERED that:

　　The Plaintiff is given twenty days to show cause, if any there be, why this case should not be dismissed for failure to comply with Fed. R. Civ. P. 4(m) for failing to serve summons within 120 days of the filing of the complaint, and/or for failure to prosecute, as provided in NECiv.R 41.1.

　　Dated this 8th day of March, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge