IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANITA K. MCFARLAND, Individually, and as an officer, director, shareholder and/or principal of Bugeater Investments, Inc.; BRYAN A. MCFARLAND, Individually, and as an officer, director, shareholder and or principal of Bugeater Investments. Inc; and BUGEATER INVESTMENTS, INC., Individually, and as an officer, director, shareholder, and/or principal d/b/a The Waterin Hole; <br><br> Defendants. | **4:12CV3198** <br><br> **SCHEDULING ORDER** |

IT IS ORDERED:

1) Counsel for the parties shall confer and, on or before **September 3, 2013**, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

2) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before **August 27, 2013**, a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

August 2, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge