IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br>    Plaintiff, <br><br> vs. <br><br> ANITA K. MCFARLAND, Individually, and as an officer, director, shareholder and/or principal of Bugeater Investments, Inc.; BRYAN A. MCFARLAND, Individually, and as an officer, director, shareholder and or principal of Bugeater Investments. Inc; and  BUGEATER INVESTMENTS, INC., Individually, and as an officer, director, shareholder, and/or principal d/b/a The Waterin Hole; <br><br>    Defendants. | 4:12CV3198 <br><br> MEMORANDUM AND ORDER |

IT IS ORDERED:

1) Defendant Bugeaters Investments, Inc., a corporation, cannot litigate its action in this forum without representation by licensed counsel.  Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994).  On or before September 10, 2013, Defendant Bugeaters Investments, Inc. shall obtain the services of counsel and have that attorney file an appearance on its behalf, in the absence of which the court may file an entry and/or judgment of default against it without further notice.

2) The clerk shall mail a copy of this order to Defendant Bugeaters Investments, Inc. at the address identified on the plaintiff's proof of service for this defendant, (Filing No. 12).

August 27, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge