IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANITA K. MCFARLAND, Individually, and as an officer, director, shareholder and/or principal of Bugeater Investments, Inc., et al., <br><br> Defendants. | 4:12-CV-3198 <br><br> ORDER |

    This matter is before the Court on the plaintiff's notice of voluntary dismissal (filing 22) and the joint stipulation of dismissal filed by plaintiff and defendant Bryan A. McFarland (filing 23). In the first filing, plaintiff notifies the Court that it has dismissed its claims against defendants Anita K. McFarland and Bugeater Investments, Inc., with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Filing 22. In the second filing, plaintiff and Bryan A. McFarland have likewise stipulated that this case should be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). They have also agreed that each party should bear its own expenses, costs of litigation, and attorney fees. Filing 23. Under Rule 41(a)(1)(A), no further action of the Court is necessary to effectuate dismissal of this case. Accordingly,

    IT IS ORDERED:

1. This case is dismissed, with prejudice, each party to bear its own costs and attorney fees.

2. A separate judgment will be entered.

Dated this 27th day of August, 2013.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge